IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IDEATIVE PRODUCT VENTURES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:12-cv-275 |
| | § | |
| DU INTERNATIONAL, INC., | § | **JURY DEMANDED** |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS AND BRIEF IN SUPPORT**

Plaintiff, Ideative Product Ventures, Inc. ("Ideative"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, files this unopposed motion to dismiss all the parties' pending claims in this case. In support of this motion, Plaintiff states:

1. Plaintiff, Ideative, and Defendant, DU International, Inc. ("DU") have compromised and have settled the claims that they have asserted against each other in this case.

2. In connection with their compromise and settlement, Ideative and DU agreed to seek dismissal, with prejudice, of their claims in this case.

3. A proposed order of dismissal of all claims in this case has been tendered to clerk simultaneously with this motion.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Ideative Product Ventures, Inc., respectfully requests the Court to enter an order of dismissal with prejudice of all the parties' claims in this case.

| | |
|---|---|
| Dated:  October 26, 2012 | Respectfully Submitted, |

/s/ James E. Davis
**JAMES E. DAVIS**
State Bar No. 05504200
Kelly J. Kubasta
State Bar No. 24002430
Todd C. Basile
State Bar No. 24078205
**KLEMCHUK KUBASTA, L.L.P.**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
(214) 367-6000 - Telephone
(214) 367-6001 – Facsimile
jim.davis@kk-llp.com
kelly.kubasta@kk-llp.com
todd.basile@kk-llp.com
docketing_kkllp@me.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned, counsel of record for Plaintiff, Ideative Product Ventures, Inc., certifies that he has complied with the meet and confer requirement in Local Rule CV-7(h) by conferring with Defendant's counsel, Rob Phillips, regarding the foregoing motion and Defendant's counsel has indicated the foregoing motion is unopposed.

/s/ James E. Davis
James E. Davis

### C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

  The undersigned certifies that this pleading was filed electronically in compliance with Local Rule CV-5(a). As such, this document has been served on all counsel who have consented to electronic service.

                */s/ James E. Davis*
                James E. Davis